DANIEL HEAD *vs.* ISAAC H. SELLECK ET AL.

Third Judicial District.
Argued January 19th—decided March 3d, 1904.

ACTION to recover the amount of two Wisconsin judgments, brought to and tried by the Superior Court in Fairfield County, *Robinson, J.;* facts found and judgment rendered for the plaintiff, and appeal by the defendants. *No error.*

Opinion filed with the clerk of the Superior Court in Fairfield County.

*Robert E. DeForest* and *Howard W. Taylor*, for the appellants (defendants).

*Samuel Tweedy*, for the appellee (plaintiff).